## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RAMIRO MORENO;
and RAFAEL VILLEDA,

CASE NO.:

     Plaintiffs,

vs.

UNITED STATES OF AMERICA,

     Defendants.

---

### COMPLAINT and DEMAND FOR JURY TRIAL

COMES NOW the Plaintiffs, RAMIRO MORENO and RAFAEL VILLEDA, by and through the undersigned counsel, and pursuant to 28 U.S.C. §1346(b) (The Federal Tort Claims Act) and sue the Defendant, UNITED STATES OF AMERICA, and allege as follows:

### ALLEGATIONS COMMON TO ALL COUNTS

1.    This is an action for damages in the amounts of $753,194.00 for RAMIRO MORENO and $500,000.00 for RAFAEL VILLEDA.

2.    At all times material, Plaintiffs, RAMIRO MORENO and RAFAEL VILLEDA were *sui juris* and were residents of Largo, Florida which is located in Pinellas County.

3.    This Court has jurisdiction pursuant to 28 U.S.C. 1402(b) as the act or omission complained of in this case occurred in Pinellas County, Florida, all prerequisites to filing suit have been satisfied, and the UNITED STATES OF AMERICA is the proper Defendant.

4.    On or about August 10, 2009, Daniel Emery, was operating a motor vehicle on Ulmerton Road at or near the intersection of Feather Sound Drive in Pinellas County, Florida.

5.    At the aforementioned time and place, Daniel Emery negligently operated and/or maintained his motor vehicle, so as to cause it to come in contact with a motor vehicle being

operated by Plaintiff, RAMIRO MORENO and in which Plaintiff, RAFAEL VILLEDA, was a passenger.

6.     As a direct and proximate result of this impact, the Plaintiffs, RAMIRO MORENO and RAFAEL VILLEDA, were injured as more specifically detailed below.

7.     Daniel Emery was in the course and scope of his employment with the United States Government at the time of the alleged vehicular accident.

8.     Pursuant to 28 U.S.C. 1346(b), the UNITED STATES OF AMERICA is liable for the negligent acts of government employees acting within the scope of their employment.

9.     Administrative Claims were presented to the appropriate Federal Agency (The Office of the Staff Judge Advocate) pursuant to the Federal Tort Claims Act on or about April 26, 2011 for both Plaintiffs separately.

10.     Over six months have passed without final action on the claims by the Office of the Staff Judge Advocate; thereby permitting suit to be filed in this Court pursuant to 28 U.S.C. §2675.

**COUNT I**
**CLAIM AGAINST UNITED STATES OF AMERICA BY RAMIRO MORENO**

Plaintiffs, by reference, adopt and reiterate Paragraphs 1-10 and further state:

11.     As a direct and proximate result of the negligence of Daniel Emery, Plaintiff RAMIRO MORENO was injured in and about his body, suffered aggravation of preexisting condition, pain and suffering, disability, disfigurement, impairment of working ability, loss of past wages, loss of future earning capacity, mental anguish, loss of enjoyment of life, and Plaintiff incurred medical expenses in the care and treatment of said injuries; all of said injuries are permanent within a reasonable degree of medical probability, and will require future medical treatment. Plaintiff will incur future damages.

WHEREFORE, Plaintiff, RAMIRO MORENO, demands judgment for damages against the Defendant UNITED STATES OF AMERICA, and further demands trial by jury.

## COUNT II
## CLAIM AGAINST UNITED STATES OF AMERICA BY RAFAEL VILLEDA

Plaintiffs, by reference, adopt and reiterate Paragraphs 1-10 and further state:

12.     As a direct and proximate result of the negligence of Daniel Emery, Plaintiff RAFAEL VILLEDA was injured in and about his body, suffered aggravation of preexisting condition, pain and suffering, disability, disfigurement, impairment of working ability, loss of past wages, loss of future earning capacity, mental anguish, loss of enjoyment of life, and Plaintiff incurred medical expenses in the care and treatment of said injuries; all of said injuries are permanent within a reasonable degree of medical probability, and will require future medical treatment. Plaintiff will incur future damages.

WHEREFORE, Plaintiff, RAFAEL VILLEDA, demands judgment for damages against the Defendant UNITED STATES OF AMERICA, and further demands trial by jury.

RESPECTFULLY submitted this 10th  day  of  February, 2012.


**KANNER & PINTALUGA, P.A.**
Attorneys for Plaintiff
810 Andrews Ave.
Delray Beach, FL 33483
Phone (561) 424-0032
Fax (561) 853-2188
DRobinson@KPAttorney.com


By:     _____
**DALLAS A. ROBINSON, ESQ.**
FBN: 0581992