UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAMIRO MORENO, *et al.*,

    Plaintiffs,

v.        Case No. 8:12-cv-503-T-AEP

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER**

This cause comes before the Court upon the Notice of Settlement (Dkt. No. 41), in which Defendant informs the Court that the parties settled this case. Accordingly, pursuant to Local Rule 3.08(b), this action is DISMISSED WITHOUT PREJUDICE to the right of any party, within sixty (60) days from the date of this Order, to submit a stipulated form of final judgment or to reopen the action upon a showing of good cause. The Clerk is directed to (1) administratively close the case and (2) terminate all pending motions, deadlines, and hearings.

DONE AND ORDERED in Tampa, Florida on this 7th day of April, 2014.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record